[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  11-14080

_____

D.C. Docket No. 1:10-cv-00475-WS-C

J. GREGORY KENNEDY,

Plaintiff-Appellant,

versus

BOLES INVESTMENT, INC.,
IAN BOLES,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(November 6, 2012)

Before BARKETT and JORDAN, Circuit Judges, and HODGES,[*] District Judge.

PER CURIAM:

---

[*] Honorable Wm. Terrell Hodges, United States District Judge for the Middle District of Florida, sitting by designation.

Following oral argument and a review of the record, we affirm the denial of the ten percent late fee, post-maturity interest, and attorney's fees to J. Gregory Kennedy on the basis of the district court's well-reasoned order.

**AFFIRMED.**